IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| ROBERT EARL SHAFER, #1053332 | § |
| | § |
| v. | § CIVIL ACTION NO. G-04-072 |
| | § |
| NATHANIEL QUARTERMAN, | § |
| DIRECTOR, TDCJ-CID | § |

### ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on January 19, 2007. Petitioner filed his Objections to the Report and Recommendation in a timely manner. Respondent also filed Objections in which he contends that the Magistrate Judge correctly found that Petitioner is not entitled to relief, but erred in concluding that one of Petitioner's claims was not procedurally barred.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that the parties' Objections are without merit and that the Report and Recommendation is correct and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is **ORDERED** the Petition for a Writ of Habeas Corpus of Robert Earl Shafer (Instrument No. 1) is **DISMISSED**.

**DONE** at Galveston, Texas this 14th day of February, 2007.

_____
Samuel B. Kent
United States District Judge