IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| ROBERT EARL SHAFER, #1053332 | § |
| | § |
| v. | § CIVIL ACTION NO. G-04-072 |
| | § |
| NATHANIEL QUARTERMAN, | § |
| DIRECTOR, TDCJ-CID | § |

## FINAL JUDGMENT

For the reasons stated in this Court's Order entered on the same date herewith, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 14th day of February, 2007.

Samuel B. Kent
United States District Judge